AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Eastern District of North Carolina

United States of America
v.
LAWRENCE MITCHELL WASSON
*Defendant*

Case No. 7:15-MJ-1089-RJ

WDNC - 1:17mj76

RECEIVED DEC 10 2015 U.S. Marshals Service, EDNC

## BENCH ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* LAWRENCE MITCHELL WASSON, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Defendant is charged with theft of government property in violation of 18 USC § 641. Defendant failed to appear for his initial appearance on 8/5/2015, 10/7/2015 and 12/2/2015.

Date: 12/02/2015

*Issuing officer's signature*

City and state: Wilmington, NC

ROBERT B. JONES, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-mj-1089-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| LAWRENCE MITCHELL WASSON ) | |

The United States Attorney charges that:

On or about May 30, 2015, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, LAWRENCE MITCHELL WASSON, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, to wit: a full issue of individual military equipment, in violation of Title 18, United States Code, Section 641.

THOMAS G. WALKER
United States Attorney

By: _____
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division